**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In Re Graco TurboBooster Litigation**　　　　　　　　　　**MDL No. _____**

**MOTION OF PLAINTIFF FOR TRANSFER OF ACTIONS TO THE DISTRICT OF SOUTH CAROLINA PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff, Christina M. Robinson, the named plaintiff in the District of South Carolina action of *Christina M. Robinson v. Graco Children's Products, Inc. and Newell Rubbermaid, Inc.*, Civil Action No. 2:11-cv-02379-RMG (D.S.C.) (the "South Carolina Action"), respectfully moves this Panel, pursuant to 28 U.S.C. § 1407, to transfer the actions listed on the Schedule of Actions, attached hereto, to the District of South Carolina, Charleston Division, for consolidation or coordination with the South Carolina Action before the Honorable Richard M. Gergel.

A memorandum of law in support of this motion will be filed contemporaneously herewith.

Dated: October 21, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 s/ T. Christopher Tuck
　　　　　　　　　　　　　　　　　　　　　　T. Christopher Tuck
　　　　　　　　　　　　　　　　　　　　　　ctuck@rpwb.com
　　　　　　　　　　　　　　　　　　　　　　A. Hoyt Rowell, III
　　　　　　　　　　　　　　　　　　　　　　hrowell@rpwb.com
　　　　　　　　　　　　　　　　　　　　　　RICHARDSON, PATRICK,
　　　　　　　　　　　　　　　　　　　　　　WESTBROOK & BRICKMAN LLC
　　　　　　　　　　　　　　　　　　　　　　PO Box 1007
　　　　　　　　　　　　　　　　　　　　　　Mt. Pleasant, SC  29465
　　　　　　　　　　　　　　　　　　　　　　(843) 727-6500 – Telephone
　　　　　　　　　　　　　　　　　　　　　　(843) 216-6509 – Facsimile

                    **Counsel for Plaintiff Christina M. Robinson**
*Robinson v. Graco Children's Products, Inc. and Newell Rubbermaid, Inc.*
Civil Action No. 2:11-cv-02379-RMG